UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN POINDEXTER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:19-CV-05475-MHC |
| v. | ) | |
| | ) | |
| QAMAR LEB; SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC d/b/a SWIFT LEASING COMPANY, LLC; MOHAVE TRANSPORTATION INSURANCE COMPANY and JOHN DOES 1-2, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) In accordance with LR 3.3, the undersigned counsel of record certify that the following is a full and complete list of all parties to this action:

**(a)** **Plaintiff:**

1. **John Poindexter**

**(b)** **Defendants:**

1. **Leb Qamar (improperly named as Qamar Leb)**

2. **Swift Transportation Company of Arizona, LLC d/b/a Swift Leasing Company, LLC**

### 3. Mohave Transportation Insurance Company

(2) The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Swift Leasing Company, LLC is a wholly owned subsidiary of Swift Transportation Company of Arizona, LLC. Swift Transportation Company of Arizona, LLC is a wholly owned subsidiary of Swift Transportation Company, LLC. Swift Transportation Company, LLC is a wholly owned subsidiary of Knight-Swift Transportation Holdings, Inc.**

(3) The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**<u>Plaintiff</u>:**

> **Graylin C. Ward, Esq.**
> **Ward Law Office**
> **27 East Broad Street**
> **Newnan, GA 30263**

**<u>Defendants</u>:**

> **Matthew P. Stone**
> **Shawn N. Kalfus**

**Sheetal M. Brahmbhatt**
**STONE KALFUS LLP**
**1718 Peachtree Street NW, Suite 550**
**Atlanta, GA  30309**
**404.736.2600 (Telephone)**
**404.736.2601 (Facsimile)**

STONE KALFUS LLP

*/s/ Shawn N. Kalfus*
Matthew P. Stone
Georgia Bar No. 684513
Shawn N. Kalfus
Georgia Bar No. 406227
Sheetal M. Brahmbhatt
Georgia Bar No. 142065
Attorneys for Defendants
Leb Qamar, Swift Transportation
Company of Arizona, LLC d/b/a
Swift Leasing Company, LLC, and
Mohave Transportation Insurance
Company

1718 Peachtree Street NW
Suite 550
Atlanta, GA 30309
404-736-2600 (telephone)
404-736-2601 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing *DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT* to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants.  Counsel of record is:

>Graylin C. Ward, Esq.
>Ward Law Office
>27 East Broad Street
>Newnan, GA 30263

This 9th day of December, 2019.

>*/s/ Shawn N. Kalfus*
>Shawn N. Kalfus
>Georgia Bar No. 406227

STONE KALFUS LLP
1718 Peachtree Street NW
Suite 550
Atlanta, GA 30309
404-736-2600 (telephone)
404-736-2601 (facsimile)